<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1125**

RENE ROBINSON,

                 Plaintiff - Appellant,

            v.

EQUIFAX; EXPERIAN; TRANSUNION, BOARD MEMBERS AND/ALL
EMPLOYEE ET SEQ.,

                 Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (4:10-cv-00084-BO)

Submitted: April 21, 2011          Decided: April 27, 2011

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rene Robinson, Appellant Pro Se.  Tasheika Hinson, JONES DAY,
Atlanta, Georgia; Ginny E. Hawkinson, STRASBURGER & PRICE, LLP,
Frisco, Texas; Barry Goheen, KING & SPALDING, LLP, Atlanta,
Georgia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rene Robinson appeals the district court's order dismissing her complaint against Equifax, Experian, and Transunion, for allegedly violating the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681(u) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Robinson v. Experian, No. 4:10-cv-00084-BO (E.D.N.C. Jan. 26, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED